UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-MJ-4544-REID(SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Tal Alexander,
    Defendant(s).
_____/

### ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 12/11/2024

_____
**Lisette Marie Reid**
**UNITED STATES MAGISTRATE JUDGE**